**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ESTEFANI DANIELA ISLAS ROSAS,<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF ADELANTO ICE PROCESSING CENTER, et al.,<br><br>Respondents. | **CASE NO.** 5:26-CV-05071-CTS<br><br>**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS**<br><br>**(A 204-715-792)** |

On September 1, 2026, Petitioner Estefani Daniela Islas Rosas ("Petitioner"), proceeding *pro se*, filed a Petition for Writ of Habeas Corpus ("Petition"). (Pet., ECF No. 1.) The Petition alleges that Petitioner is in the custody of the United States Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE") in Adelanto, California and being held in violation of the Constitution and laws of the United States. (*See generally id.*) The Petition and concurrently submitted documents provide the following facts[1]:

[1] Because Respondents have not provided information about Petitioner, all facts contained herein are taken directly from the Petition unless otherwise noted.

Petitioner is 34 years old. (Pet. 12.) She has lived in the United States for 33 years. (*Id.* at 6.) She is married. (*Id.* at 12.) She has been in immigration custody since April 21, 2026. (*Id.* at 4.) She is not a danger to the community or a flight risk. (*Id.* at 6.) She seeks immediate release from detention, as well as an injunction against re-detention without providing her with at least seven days' notice and a pre-deprivation hearing before an immigration judge. (*Id.* at 7.) ICE's Online Detainee Locator System indicates that Petitioner is from Mexico. https://locator.ice.gov/odls/#/search (last visited Sept. 11, 2026).

On September 2, 2026, Respondents were served with the Court's Notice of General Order 26-05 and Briefing Schedule, pursuant to which Respondents' Notice of Appearance was due September 8, 2026, and their Answer was due September 9, 2026. (ECF No. 5.) As of the date of this Order, Respondents have not answered or otherwise responded to the Petition and have not appeared in the case. The Court understands that Respondents' lack of response is a deliberate choice and not inadvertent. The Court therefore considers the lack of response as reason to grant the relief requested.[2]

IT IS THEREFORE ORDERED THAT:

1. Judgment shall be entered GRANTING the unopposed Petition;
2. Respondents MUST RELEASE **Petitioner Estefani Daniela Islas Rosas (A 204-715-792)** from custody within 24 hours of entry of this Order;
3. Respondents are ENJOINED from re-detaining Petitioner without

---

[2] "In our adversarial system of adjudication, we follow the principle of party presentation" meaning that "in both civil and criminal cases, in the first instance and on appeal . . . we rely on the parties to frame the issues for decision and assign to courts the role of neutral arbiter of matters the parties present." *United States v. Sineneng-Smith*, 590 U.S. 371, 375 (2020) (citation modified). Further, "as a general rule, our system is designed around the premise that [parties represented by competent counsel] know what is best for them, and are responsible for advancing the facts and argument entitling them to relief." *Id.* at 375–76 (citation modified).

providing Petitioner with at least seven days' notice and a pre-deprivation hearing before an immigration judge; and

4. The Court retains jurisdiction over this case to enforce compliance with its Judgment.

DATED: September 11, 2026

HONORABLE CHRISTINA T. SHAY
UNITED STATES MAGISTRATE JUDGE