**JS-6**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

ESTEFANI DANIELA ISLAS ROSAS,

Petitioner,

v.

WARDEN OF ADELANTO ICE PROCESSING CENTER, et al.,

Respondents.

Case No. 5:26-cv-05071-CTS

**JUDGMENT**

Pursuant to the Order Granting Petition for Writ of Habeas Corpus filed September 11, 2026 (ECF No. 9), IT IS ADJUDGED that the Petition is GRANTED.

DATED: September 14, 2026

CHRISTINA T. SHAY
UNITED STATES MAGISTRATE JUDGE